1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EMILYANN NICOLE RASMUSSEN,              No.  2:15-cv-0079 DAD

12                 Plaintiff,

13          v.                                ORDER

14   CAROLYN W. COLVIN, Commissioner
     of Social Security,

15

16                 Defendant.

17

18          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis.

19   Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to

20   prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

21   pauperis will be granted.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23                 1.  Plaintiff's application to proceed in forma pauperis is granted.

24                 2.  The Clerk of the Court is directed to issue process and to serve upon plaintiff

25   the undersigned's Scheduling Order and Order re Consent or Request for Reassignment for social

26   security cases.

27                 3.  The Clerk of the Court is further directed to serve a copy of this order upon the

28   United States Marshal.

                                              1

1    4.  Within fourteen (14) days from the date of this order, plaintiff shall submit to

2  the United States Marshal a completed summons, a completed USM-285 form, sufficient copies

3  of the summons and complaint for service of process in accordance with Federal Rule of Civil

4  Procedure 4(i), and sufficient copies of the Scheduling Order and Order re Consent or Request for

5  Reassignment issued in this case.  Information regarding the number of copies currently required

6  by the United States Marshal may be obtained from the United States Marshals Service, 501 I

7  Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

8    5.  Within five (5) days after submitting the necessary documents to the United

9  States Marshal for service or process, plaintiff shall file in this court a declaration stating the date

10  on which the documents were submitted to the United States Marshal.  Failure to file a timely

11  declaration may result in an order imposing appropriate sanctions.

12    6.  The United States Marshal is directed to serve process and copies of the

13  undersigned's Scheduling Order and Order re Consent or Request for Reassignment without

14  prepayment of costs not later than sixty (60) days from the date of this order.  Service of process

15  shall be completed by delivering all necessary documents to the United States Attorney for the

16  Eastern District of California and by sending copies of the summons, complaint and court orders

17  by registered or certified mail to the Attorney General of the United States at Washington, D.C.

18  See FED. R. CIV. P. 4(i)(1)(A) & (B).  Copies of the summons, complaint and court orders shall

19  also be served by registered or certified mail on the Commissioner of Social Security, c/o Office

20  of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545.

21  See FED. R. CIV. P. 4(i)(2).

22  Dated:  April 23, 2015

23

24  _____
DALE A. DROZD

25  UNITED STATES MAGISTRATE JUDGE

26  DAD:6
ddad1/orders.soc sec/rasmussen0079.ifp.docx

27

28

2