BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| EMILYANN RASMUSSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:15-cv-00079-DAD<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |

The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including October 30, 2015, in which to file her cross-motion for summary judgment. Defendant requests this extension because of her attorney's inordinately heavy caseload for the months of September and October 2015, including two appellate briefs for the Ninth Circuit Court of Appeals due this month and at least nine district court briefs due in October 2015, as well as the additional workload of contingency planning in case of a government shutdown.

                                                           Respectfully submitted,

Date: *September 30, 2015*                           */s/ Joseph Clayton Fraulob*
                                                           JOSEPH CLAYTON FRAULOB
                                                           Attorney for Plaintiff

Date: *September 30, 2015*                           BENJAMIN B. WAGNER
                                                           United States Attorney
                                                           DEBORAH L. STACHEL
                                                           Acting Regional Chief Counsel, Region IX
                                                           Social Security Administration

                                                           */s/ Timothy R. Bolin*
                                                           TIMOTHY R. BOLIN
                                                           Special Assistant United States Attorney

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  October 1, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\rasmussen0079.stip.eot.ord.docx